**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MERRILL E. DAVIS and JEANNE P. DAVIS,**

                              **Plaintiffs,**

          v.                                                                                      **1:10-CV-480**
                                                                          **(FJS/RFT)**

**CUMBERLAND FARMS, INC.,**

                              **Defendant.**

---

**CUMBERLAND FARMS, INC.,**

                              **Third-Party Plaintiff,**

          v.

**NORTHEAST PETROLEUM**
**TECHNOLOGIES, INC.,**

                              **Third-Party Defendant.**

---

**APPEARANCES**                                               **OF COUNSEL**

**OFFICE OF ERIC SCHNEIDER**                      **ERIC SCHNEIDER, ESQ.**
P.O. Box 3936
Kingston, New York 12402
Attorney for Plaintiffs

**OFFICE OF MITCHELL H. SPINAC**             **MITCHELL H. SPINAC, ESQ.**
325 Wall Street
P.O. Box 3748
Kingston, New York 12402
Attorney for Plaintiffs

| | |
|---|---|
| **NAPIERSKI, VANDENBURGH,** **NAPIERSKI & O'CONNOR, LLP** 296 Washington Avenue Extension Albany, New York 12203 Attorneys for Defendant/Third-Party Plaintiff | **EUGENE D. NAPIERSKI, ESQ.** **MARK J. DOLAN, ESQ.** |
| **WHITEMAN OSTERMAN &** **HANNA LLP** One Commerce Plaza Suite 1900 Albany, New York 12260 Attorneys for Third-Party Defendant | **CHRISTOPHER M. MCDONALD, ESQ.** **JOHN J. HENRY, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

Upon further review of the file in this matter, the Court hereby

**ORDERS** that the Court's January 29, 2013 Memorandum-Decision and Order is hereby **AMENDED** as follows:

    **DELETE** Section "**IV. CONCLUSION**" in its entirety, including footnote 4; and

    **ADD** the following:

## IV. CONCLUSION

After carefully reviewing the entire record in this matter, the parties' submissions, and the applicable law, and for the above-stated reasons, the Court hereby

**ORDERS** that Cumberland's motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that Plaintiff Jeanne Davis' derivative claim is **DISMISSED**; and the Court further

**ORDERS** that NPT's motion for judgment on the pleadings is **DENIED** as moot; and the

Court further

      **ORDERS** that Cumberland's third-party complaint against NPT is **DISMISSED**; and the

Court further

      **ORDERS** that the Clerk of the Court shall enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: February 5, 2013
       Syracuse, New York

                                                        Frederick J. Scullin, Jr.
                                                        Senior United States District Court Judge